FILED

09/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

Nos. DA 20-0559

STATE OF MONTANA,

Plaintiff and Appellee,

v.

CAMERON J. EAGLEMAN,

**ORDER**

Appellant's motion to consolidate is GRANTED. It is hereby ORDERED that DA 20-0559 and DA 20-0561 be consolidated for the purposes of appeal under Cause No. DA 20-0559.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 8 2021